# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00093-LJO-SKO |
|---|---|
| Plaintiff, | ORDER SETTING BOND FORFEITURE HEARING FOR AUGUST 19, 2016 AND REQUIRING APPEARANCE OF ELIA G. BANUELOS AND LILIANA MORENO VELAZQUEZ |
| v. | |
| FIDEL VASQUEZ-VELASQUEZ, | |
| Defendant. | |

On June 24, 2016, Defendant Fidel Vasquez-Velasquez was ordered released pursuant to an order setting conditions of release which included an appearance bond secured by sureties Elia G. Banuelos and Liliana Moreno Velazquez. (ECF Nos. 48, 49.) As a condition of release, Defendant was restricted to his residence every day from 7:00 p.m. to 7:00 a.m.  (ECF No. 53.) On July 22, 2016, a pretrial release violation petition was filed; and an arrest warrant issued for Fidel Vasquez-Velasquez as he has not returned to the residence as required by the conditions of his pretrial release.  (Id.)

Rule 46 of the Federal Rules of Criminal Procedure provides that "[t]he court must declare the bail forfeited if a condition of the bond is breached." Fed. R. Crim. P. 46(f)(1). "Therefore, forfeiture is mandatory." U.S. v. Nguyen, 279 F.3d 1112, 115 (9th Cir. 2002); U.S. v. Abernathy, 757 F.2d 1012, 1015 (9th Cir. 1985). While the purpose of Rule 46 is to ensure the appearance of the defendant, forfeiture is appropriate where the defendant has willfully

violated any of the conditions of his pretrial release. <u>United States v. Vaccaro</u>, 51 F.3d 189, 193 (9th Cir. 1995). The bond here notified the sureties that "the court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement." (ECF No. 48 at 1.)

Therefore, the court sets a bond forfeiture hearing for August 19, 2016, and shall require the attendance of Elia G. Banuelos and Liliana Moreno Velazquez who signed as sureties in this action. The sureties shall come prepared to fulfil their obligations to forfeit the surety at the hearing.

Additionally, the Court shall hold a hearing to consider whether to set an order to show cause hearing as to Elia G. Banuelos due to the circumstances surrounding the fugitive defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. A bond forfeiture hearing is set for Friday, August 19, 2016 at 2:00 p.m. in Courtroom 9;
2. Elia G. Banuelos and Liliana Moreno Velazquez shall personally appear at the August 19, 2016 hearing; and
3. Pretrial services shall notify the sureties of the obligation to appear for the August 19, 2016 hearing;

IT IS SO ORDERED.

Dated:   **August 16, 2016**

UNITED STATES MAGISTRATE JUDGE